**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSE LUIS ALTAMARINO-FLORES,

Defendant

Case No.: 26-CR-03523-RSH

**JUDGMENT AND ORDER GRANTING UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE**

Upon the motion of the United States, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the Information against Defendant in this case is dismissed without prejudice.

SO ORDERED.

DATED: September 22, 2026

Robert S Huie

Hon. Robert S. Huie
United States District Judge